AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.    0 5 -    8 1 0

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

_____11/23/05_____      _____Wynton Smith_____
(Date forms issued)      (Signature of Party or their Representative)

     _____Wynton Smith_____
     (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action