# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT<br>BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS | RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>BRENDAN LINEHAN SHANNON<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338<br><br>WWW.YOUNGCONAWAY.COM<br><br>DIRECT DIAL: 302-571-6672<br>DIRECT FAX: 302-576-3301<br>jingersoll@ycst.com | ATHANASIOS E. AGELAKOPOULOS<br>JOSEPH M. BARRY<br>SEAN M. BEACH<br>DONALD J. BOWMAN, JR.<br>TIMOTHY P. CAIRNS<br>KARA HAMMOND COYLE<br>CURTIS J. CROWTHER<br>MARGARET M. DIBIANCA<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>DANIELLE GIBBS<br>SEAN T. GREECHER<br>STEPHANIE L. HANSEN<br>DAWN M. JONES<br>RICHARD S. JULIE<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>ELENA C. NORMAN (NY ONLY)<br>KAREN L. PASCALE<br>PATRICIA A. WIDDOSS | TIMOTHY E. LENGKEEK<br>ANDREW A. LUNDGREN<br>MATTHEW B. LUNN<br>JOSEPH A. MALFITANO<br>ADRIA B. MARTINELLI<br>MICHAEL W. MCDERMOTT<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>JOHN J. PASCHETTO<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>FRANCIS J. SCHANNE<br>MICHELE SHERRETTA<br>MICHAEL P. STAFFORD<br>JOHN E. TRACEY<br>MARGARET B. WHITEMAN<br>CHRISTIAN DOUGLAS WRIGHT<br>SHARON M. ZIEG<br><br>OF COUNSEL<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND | |

December 5, 2005

**BY E-FILING**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Novozymes A/S v. Genencor International,, Inc.
                C.A. No. 05-810-SLR

Dear Chief Judge Robinson:

      The above case has recently been assigned to Your Honor. In the interest of full disclosure, I write to inform the Court that there is a case between these same parties pending before Judge Jordan, *Novozymes v. Genencor*, C.A. No. 05-160 KAJ. We apologize for omitting reference to this related case on the Civil Cover Sheet at the time this case was filed.

                                    Respectfully submitted,

                                      Josy W. Ingersoll (No. 1088)

JWI:cg
cc:     Clerk of the Court (by electronic filing)