IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVOZYMES A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-810-KAJ |
| | ) | |
| GENENCOR INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the time within which Genencor International, Inc. may answer, plead or otherwise respond to the complaint in the above-captioned action is hereby extended to and including Friday, January 13, 2006.

YOUNG, CONAWAY, STARGATT & TAYLOR LLP     MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Josy W. Ingersoll                                               /s/ Donald E. Reid
Josy W. Ingersoll (#1088)                                    Donald E. Reid (#1058)
Kevin M. Baird (#4219)                                       1201 N. Market Street
The Brandywine Building                                    P.O. Box 1347
1000 West Street, 17th Floor                              Wilmington, DE 19899
Wilmington, DE 19801                                         (302) 351-9219
(302) 571-6600                                                      Attorneys for Defendant
  Attorneys for Plaintiff

SO ORDERED this _____ day of _____, 200__.

_____
J.