IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 05-810-KAJ |
| | ) |
| GENENCOR INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the time within which Genencor International, Inc. may answer, plead or otherwise respond to the complaint in the above-captioned action is hereby extended to and including Monday, February 13, 2006.

YOUNG, CONAWAY, STARGATT & TAYLOR LLP      MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
  Attorneys for Plaintiff

/s/ Donald E. Reid
Donald E. Reid (#1058)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9219
  Attorneys for Defendant

SO ORDERED this _____ day of _____, 2006.

_____
J.