IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S,<br><br>Plaintiff,<br><br>v.<br><br>GENENCOR INTERNATIONAL, INC.<br><br>Defendant. | C.A. No. 05-810-KAJ |

## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for defendant Genencor International, Inc. certifies that Genencor International, Inc is a privately held Delaware corporation and an indirect subsidiary of Danisco A/S, which is publicly traded.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

_/s/ Donald E. Reid_
Donald E. Reid (Del. Bar No. 1058)
Jason A. Cincilla (Del. Bar No. 4232)
1201 North Market Street
18th Floor
Wilmington, DE 19899-1347
Telephone: 302.575-7219
   Attorneys for Defendant
   Genencor International, Inc.

OF COUNSEL:

JONES DAY
Kenneth R. Adamo
Thomas E. Friebel
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025

March 10, 2006

## **CERTIFICATE OF SERVICE**

I, Donald E. Reid, hereby certify that on the 10th day of March, 2006 a Rule 7.1 Statement was served by electronic filing on counsel of record. I also certify that counsel was served a hard copy in the manner indicated below:

### **BY HAND**

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### **BY FIRST-CLASS MAIL**

John T. Callahan, Esquire
Sughrue Mion PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037

_____
Donald E. Reid (#1058)