## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S )<br><br>Plaintiff, )<br><br>v. )<br><br>GENENCOR INTERNATIONAL, INC. )<br><br>Defendant. ) | Civ. Action No.  05-810-KAJ |

### PLAINTIFF'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that plaintiff

Novozymes A/S has no parent corporation and that no publicly held corporation owns 10% or

more of the stock of Novozymes A/S.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Josy W. Ingersoll (# 1088)
Rolin P. Bissell (#4478)
Andrew A. Lundgren (#4429)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Plaintiff Novozymes A/S*

OF COUNSEL:
John T. Callahan
Kenneth J. Burchfiel
Michael R. Dzwonczyk
SUGHRUE MION PLLC
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Ph:  (202) 293-7060
Fax:  (202) 293-7860

Dated: March 14, 2006

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on March 14, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald E. Reid, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE  19899-1347

I further certify that on March 14, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Thomas E. Friebel, Esquire
> JONES DAY
> 222 East 41st Street
> New York, NY 10017-6702
>
> Kenneth R. Adamo, Esquire
> JONES DAY
> North Point
> 901 Lakeside Avenue
> Cleveland, Ohio 44114-1190

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/  Andrew A. Lundgren (No. 4429)
> _____
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> alundgren@ycst.com
>
> *Attorneys for Novozymes A/S*