# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | THE BRANDYWINE BUILDING | |
| --- | --- | --- |
| JOSY W. INGERSOLL (NO. 1088) | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: 302-571-6672 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX: 302-576-3301 | P.O. BOX 391 | (800) 253-2234 (DE ONLY) |
| jingersoll@ycst.com | WILMINGTON, DELAWARE 19899-0391 | www.youngconaway.com |

March 20, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Novozymes A/S v. Genencor International, Inc.*
      Civil Action No. 05-810-KAJ

Dear Judge Jordan:

      Enclosed is the parties' proposed Scheduling Order for this case. We have agreed upon all provisions thereof.

                                                                                            Respectfully submitted,

                                                                                         Josy W. Ingersoll (No. 1088)

JWI:cg
Enclosure

cc:   Clerk of the Court (w/enc. by e-filing and hand delivery)
      Donald E. Reid, Esquire (w/enc. by e-filing and hand delivery)
      Kenneth R. Adamo, Esquire (w/enc. by e-mail)
      John T. Callahan, Esquire (w/enc. by e-mail)

DB02:5250105.1                                                                                                  064080.1002