# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 27, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Novozymes A/S v. Genencor International, Inc.*
Civil Action No. 05-810-KAJ

Dear Judge Jordan:

Following up on our Rule 16 scheduling conference, I enclose for Your Honor's consideration the parties' proposed Scheduling Order, which reflects the dates and comments of the Court.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

JWI:cg
Enclosure

cc: Clerk of the Court (w/enc. by e-filing and hand delivery)
Donald E. Reid, Esquire (w/enc. by e-filing and hand delivery)
Kenneth R. Adamo, Esquire (w/enc. by e-mail)
John T. Callahan, Esquire (w/enc. by e-mail)