## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S )<br><br>Plaintiff, )<br><br>v. )<br><br>GENENCOR INTERNATIONAL, INC. )<br><br>Defendant. ) | Civil Action No. 05-810-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff Novozymes A/S hereby certifies that copies of

Initial Disclosures of Novozymes A/S Pursuant to Rule 26(a)(1) of the Federal Rules of Civil

Procedure were caused to be served on April 3, 2006 upon the following counsel in the manner

indicated:

**BY HAND DELIVERY**

> Donald E. Reid, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 N. Market Street
> Wilmington, DE 19801

**BY E-MAIL**

> Thomas E. Friebel, Esquire
> Jones Day
> 222 East 41st Street
> New York, NY 10017

DB02:5265166.1

064080.1002

Kenneth R. Adamo, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114


YOUNG CONAWAY STARGATT &
   TAYLOR, LLP


_____
Josy W. Ingersoll (# 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com
*Attorneys for Plaintiff Novozymes A/S*

OF COUNSEL:
John T. Callahan
Kenneth J. Burchfiel
Michael R. Dzwonczyk
SUGHRUE MION PLLC
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Ph:  (202) 293-7060
Fax:  (202) 293-7860

Dated:  April 3, 2006

2

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, hereby certify that on April 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Donald E. Reid, Esquire
>   MORRIS NICHOLS ARSHT & TUNNELL
>   1201 North Market Street
>   PO Box 1347
>   Wilmington, DE  19899-1347

I further certify that on April 3, 2006,  I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>   Thomas E. Friebel, Esquire
>   JONES DAY
>   222 East 41st Street`
>   New York, NY 10017-6702
>
>   Kenneth R. Adamo, Esquire
>   JONES DAY
>   North Point
>   901 Lakeside Avenue
>   Cleveland, Ohio 44114-1190

>                   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>
>                   Josy W. Ingersoll (#1088)
>                   The Brandywine Building
>                   1000 West Street, 17th Floor
>                   Wilmington, DE 19801
>                   (302) 571-6600
>                   jingersoll@ycst.com
>
>                   *Attorneys for Novozymes A/S*