IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVOZYMES A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-810 KAJ |
| ) | |
| GENENCOR INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of April, 2006, copies of Genencor International, Inc.'s Initial Disclosures were served upon counsel of record by e-mail:

> Josy W. Ingersoll, Esq.
> Young Conaway Stargatt & Taylor LLP
> 1000 West Street
> Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 North Market St., 18th Floor
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Defendant Genencor International, Inc.*

Dated: April 4, 2006

514316

**CERTIFICATE OF SERVICE**

I, Jason A. Cincilla, hereby certify that on the 4th day of April, 2006, a copy of the foregoing NOTICE OF SERVICE was served by electronic filing (e-mail) upon the following counsel of record:

>Josy W. Ingersoll, Esquire
>Young Conaway Stargatt & Taylor LLP
>1000 West Street
>Wilmington, DE  19801

_____
Jason A. Cincilla (#4232)