# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | | LISA A. ARMSTRONG | KAREN LANTZ |
| SHELDON N. SANDLER | JANET Z. CHARLTON | THE BRANDYWINE BUILDING | GREGORY J. BABCOCK | TIMOTHY E. LENGKEEK |
| RICHARD A. LEVINE | ROBERT S. BRADY | 1000 WEST STREET, 17TH FLOOR | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| RICHARD A. ZAPPA | JOEL A. WAITE | WILMINGTON, DELAWARE 19801 | SEAN M. BEACH | MATTHEW B. LUNN |
| FREDERICK W. IOBST | BRENT C. SHAFFER | | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD H. MORSE | DANIEL P. JOHNSON | P.O. BOX 391 | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| DAVID C. MCBRIDE | CRAIG D. GREAR | WILMINGTON, DELAWARE 19899-0391 | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | (302) 571-6600 | MARY F. DUGAN | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | (800) 253-2234 (DE ONLY) | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | C. BARR FLINN | FAX: (302) 571-1253 | KENNETH J. ENOS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | NATALIE WOLF | | IAN S. FREDERICKS | ADAM W. POFF |
| JEROME K. GROSSMAN | LISA B. GOODMAN | | JAMES J. GALLAGHER | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | 110 WEST PINE STREET | SEAN T. GREECHER | KRISTEN R. SALVATORE (PA ONLY) |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | P.O. BOX 594 | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | GEORGETOWN, DELAWARE 19947 | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | (302) 856-3571 | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | (800) 255-2234 (DE ONLY) | KAREN E. KELLER | CHAD S.C. STOVER (SC ONLY) |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | FAX: (302) 856-9338 | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | SCOTT A. HOLT | | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | JOHN T. DORSEY | WWW.YOUNGCONAWAY.COM | JOHN C. KUFFEL | SHARON M. ZIEG |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | | | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | | SPECIAL COUNSEL | SENIOR COUNSEL |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | DIRECT DIAL: 302-571-6672 | ELENA C. NORMAN | |
| TERESA A. CHEEK | NORMAN M. POWELL | DIRECT FAX: 302-576-3301 | KAREN L. PASCALE | OF COUNSEL |
| | | jingersoll@ycst.com | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

July 5, 2006

**BY CM/ECF**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    *Novozymes A/S v. Genencor International, Inc.,*
             C.A. No. 05-810-KAJ

Dear Judge Jordan:

      The parties to this litigation have entered into a settlement agreement and have agreed upon the enclosed Stipulation, Consent Order and Judgment in order to dispose of the action.

      It is jointly requested that the Stipulation, Consent Order and Judgment be entered. The parties are obtaining a certified copy of the interference record from the U.S. Patent and Trademark Office and will jointly submit it as soon as it is made available. Counsel can be available at the Court's convenience to discuss the Stipulation if the Court has questions.

                                                 Respectfully submitted,

                                                 Josy W. Ingersoll (No. 1088)

JINGE:mmeeh
Enclosure

    cc:    Clerk of the Court (w/enc. by e-filing and hand delivery)
            Donald E. Reid, Esquire (w/enc. by e-filing and hand delivery)